**UNITED BENEFIT LIFE INSURANCE COMPANY v. JOHN HENDERSON OTT, JR., and HELEN J. OTT.**

9 So. (2nd) 552               En Banc
July 24, 1942

Evans, Mershon & Sawyer and Herbert H. Sawyer, for appellant.

Emmett C. Choate and Stafford Caldwell, for appellees.

PER CURIAM:

This is a companion case to that of Mutual Benefit Health and Accident Association v. John Henderson Ott, Jr., and Helen J. Ott, and the order and decree appealed from is reversed on authority of the opinion and judgment this day filed in that cause.

So ordered.

Reversed.

BROWN, C. J., TERRELL, THOMAS and ADAMS, JJ., concur.

WHITFIELD, BUFORD and CHAPMAN, JJ., dissent.